## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **VONDA ADAMS and WALTER ADAMS, Individually and as husband and wife,** | |
| Plaintiffs, | Civil Action 7:11-CV-116 (HL) |
| v. | |
| **WAL-MART STORES, INC.,** | |
| Defendant. | |

## ORDER

This case is before the Court on Plaintiffs' Motion to Extend the Time for Designation of Plaintiffs' Rebuttal Witnesses (Doc. 24). The motion is denied. The status of any experts will be determined by the Court under the posture of the case as it currently stands.

The scheduling deadlines contained in the order entered on February 8, 2012 remain in effect and will govern this case until completion. No extensions of discovery or motions deadlines will be granted.

**SO ORDERED**, this the 18th day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh